# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

ERIN KNIGHTS,

Plaintiff,

v.

Case No. 3:14-cv-00720

PUBLIX SUPER MARKETS, INC.,

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for            Plaintiff Erin Knights            hereby moves

for admission to appear *pro hac vice* in this action.  I hereby certify that I am a member in good

standing from the United States District Court for the            District of Minnesota            .

Attached is a Certificate of Good Standing from that Court.

s/   E. Michelle Drake

Signature

Name:    E. Michelle Drake

Address:  Nichols Kaster, PLLP

Address:  4600 IDS Center, 80 South 8th Street

Address:  Minneapolis, MN 55402

Phone:   612-256-3200

Email:    drake@nka.com

**\*\*FEE:  $75.00**
**(\*Note:  The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing.  If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN  37203.)**

**\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \***