# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

ERIN KNIGHTS,
Plaintiff,

v.

Case No. 3:14-cv-00720

PUBLIX SUPER MARKETS, INC.,
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff Erin Knights hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of Minnesota. Attached is a Certificate of Good Standing from that Court.

s/ Joseph C. Hashmall
Signature

Name: Joseph C. Hashmall

Address: Nichols Kaster, PLLP

Address: 4600 IDS Center, 80 South 8th Street

Address: Minneapolis, MN 55402

Phone: 612-256-3200

Email: jhashmall@nka.com

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

Case 3:14-cv-00720   Document 7   Filed 03/14/14   Page 1 of 1 PageID #: 100