# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

ERIN KNIGHTS,
Plaintiff,

v.

Case No. 3:14-cv-00720

PUBLIX SUPER MARKETS, INC.,
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff Erin Knights hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of Alabama. Attached is a Certificate of Good Standing from that Court.

s/ David A. Hughes
Signature

Name: David A. Hughes

Address: Hardin & Hughes, LLP

Address: 2121 14th Street

Address: Tuscaloosa, AL 35401

Phone: 205-523-0463

Email: dhughes@hardinhughes.com

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*