IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ERIN KNIGHTS, et al. )
)
v. ) NO. 3-14-0720
) JUDGE CAMPBELL
PUBLIX SUPER MARKETS, INC. )

ORDER

The parties have filed a Joint Notice of Settlement (Docket No. 39). Accordingly, the stay imposed by the Court on April 24, 2014 (Docket No. 33) is extended until July 15, 2014. By July 15, 2014, the parties shall file the appropriate documents concerning preliminary approval of the settlement.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE