# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ERIN KNIGHTS and TRESCA PRATER, individually and as representatives of the class, | Civil Action No. 3:14-cv-00720 |
| | District Judge: Hon. Todd J. Campbell |
| | Magistrate Judge: Hon. Juliet Griffin |
| Plaintiffs, | **ORDER** |
| v. | |
| PUBLIX SUPER MARKETS, INC. | |
| Defendant. | |

Based on the parties' Joint Motion to Extend the Deadline to File their Motion for Preliminary Settlement Approval, and good cause shown therein, IT IS HEREBY ORDERED that the parties have until July 25, 2014 to file their motion for preliminary approval of the settlement.

Dated:  
                                                         *Todd Campbell*  
                                                       Hon. Todd J. Campbell  
                                                       United States District Judge