UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ERIN KNIGHTS and TRESCA PRATER, individually and as representatives of the class, | Civil Action No. 3:14-cv-00720 |
| | District Judge: Hon. Todd J. Campbell<br>Magistrate Judge: Hon. Juliet Griffin |
| Plaintiffs,<br>v. | |
| PUBLIX SUPER MARKETS, INC. | |
| Defendant. | |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT

Pursuant to Fed. R. Civ. P. 23, Plaintiffs Erin Knights and Tresca Prater and Defendant Publix Super Markets, Inc. (collectively, the "parties"), by and through their counsel, hereby respectfully move the Court for an Order granting the parties' Joint Motion for Preliminary Approval of the Proposed Settlement and: (1) certifying the Settlement Class for settlement purposes; (2) appointing Plaintiffs' Counsel as Class Counsel; (3) appointing Plaintiffs Erin Knights and Tresca Prater as Class Representatives; (4) preliminarily approving the parties' settlement; (5) approving the Class Notice for distribution; and (6) scheduling a Final Fairness Hearing.

Dated: July 25, 2014

| | |
|---|---|
| /s/Edmund J. McKenna | /s/E. Michelle Drake |
| Elizabeth S. Washko | E. Michelle Drake |
| Tennessee Bar No. 019931 | MN Bar No. 0387366* |
| Wendy V. Miller | Joseph C. Hashmall |
| Tennessee Bar No. 023500 | MN Bar No. 0392610* |

1

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
401 Commerce Street, Suite 1200
Nashville, Tennessee 37219
Telephone: (615) 254-1900
Facsimile: (615) 254-1908
Email: liz.washko@ogletreedeakins.com

Edmund J. McKenna (*admitted pro hac vice*)
Florida Bar No. 0845922
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
Email:edmund.mckenna@ogletreedeakins.com

Attorneys for Defendant

*admitted pro hac vice
**NICHOLS KASTER, PLLP**
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
drake@nka.com
jhashmall@nka.com

David Hughes
Alabama Bar No. 3923-U82D
**HARDIN & HUGHES, LLP**
2121 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 344-6690
Facsimile: (205) 344-6188
Email: dhughes@hugheshardin.com

C. Andrew Head
Georgia Bar No. 341472
**FRIED & BONDER, LLC**
White Provision, Suite 305
1170 Howell Mill Road, N.W.
Atlanta, Georgia 30318
Telephone: (404) 995-8808
Facsimile: (404) 995-8899
Email: ahead@friedbonder.com

Douglas B. Janney, III
Tennessee Bar No. 019112
**THE LAW OFFICE OF DOUGLAS B. JANNEY III**
Green Hills Office Park
2002 Richard Jones Rd, Suite B-200
Nashville, TN 37215
Telephone: (615) 742-5900
Facsimile: (615) 742-5958
Email: doug@janneylaw.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Court via the CM/ECF system which will send Notice to all counsel of record.

Date: July 25, 2014 /s/E. Michelle Drake
E. Michelle Drake