# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

---

ERIN KNIGHTS and TRESCA PRATER, individually and as representatives of the class,

Civil Action No. 3:14-cv-00720

District Judge: Hon. Todd J. Campbell
Magistrate Judge: Hon. Juliet Griffin

Plaintiffs,

v.

PUBLIX SUPER MARKETS, INC.

Defendant.

---

## UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS, AND CLASS REPRESENTATIVE SERVICE PAYMENTS

Plaintiffs Erin Knights and Tresca Prater ("Plaintiffs"), by and through their counsel, hereby respectfully move the Court for an Order granting Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs, and Class Representative Service Payments. Specifically, Plaintiffs request the Court approve payment of the following:

(1) An amount equal to 33.33% of the final Settlement Fund in attorneys' fees to Nichols Kaster, PLLP, Fried & Bonder, LLC, Hardin & Hughes, LLP, and The Law Office of Douglas B. Janney III;

(2) $129,884.96 as reimbursement for the out-of-pocket costs incurred by Nichols Kaster, PLLP, Fried & Bonder, LLC, and The Law Office of Douglas B. Janney III, which includes Dahl Administration's fees and expenses of $115,490.70 ($52,754.06 of which has been paid, $62,736.64 of which is expected to be incurred should the settlement be finally approved);

1

(3) $1,000 as a Class Representative Service Payment to Named Plaintiff Erin Knights; and

(4) $1,000 as a Class Representative Service Payment to Named Plaintiff Tresca Prater.

Dated: September 26, 2014

/s/Joseph C. Hashmall
E. Michelle Drake
MN Bar No. 0387366*
Joseph C. Hashmall
MN Bar No. 0392610*
*admitted pro hac vice*
**NICHOLS KASTER, PLLP**
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
drake@nka.com
jhashmall@nka.com

David Hughes
Alabama Bar No. 3923-U82D
**HARDIN & HUGHES, LLP**
2121 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 344-6690
Facsimile: (205) 344-6188
Email: dhughes@hugheshardin.com

C. Andrew Head
Georgia Bar No. 341472
**FRIED & BONDER, LLC**
White Provision, Suite 305
1170 Howell Mill Road, N.W.
Atlanta, Georgia 30318
Telephone: (404) 995-8808
Facsimile: (404) 995-8899
Email: ahead@friedbonder.com

Douglas B. Janney, III

2

Tennessee Bar No. 019112
**THE LAW OFFICE OF DOUGLAS B. JANNEY III**
Green Hills Office Park
2002 Richard Jones Rd, Suite B-200
Nashville, TN 37215
Telephone: (615) 742-5900
Facsimile: (615) 742-5958
Email: doug@janneylaw.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Court via the CM/ECF system which will send Notice to all counsel of record.

Date: September 26, 2014     /s/Joseph C. Hashmall
                             Joseph C. Hashmall