# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ERIN KNIGHTS and TRESCA PRATER, individually and as representatives of the class, <br><br> Plaintiffs, <br> v. <br><br> PUBLIX SUPER MARKETS, INC. <br><br> Defendant. | Civil Action No. 3:14-cv-00720 <br><br> District Judge: Hon. Todd J. Campbell <br> Magistrate Judge: Hon. Juliet Griffin <br><br> **ORDER** |

Based on Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs, and Class Representative Service Payments and papers filed in support thereof, and good cause shown therein, IT IS HEREBY ORDERED that the following amounts are APPROVED to be paid from the Settlement Fund:

(1) An amount equal to 33.33% of the final Settlement Fund in attorneys' fees to Nichols Kaster, PLLP, Fried & Bonder, LLC, Hardin & Hughes, LLP, and The Law Office of Douglas B. Janney III;

(2) $129,884.96 as reimbursement for the out-of-pocket costs incurred by Nichols Kaster, PLLP, Fried & Bonder, LLC, and The Law Office of Douglas B. Janney III, which includes $115,490.70 associated with Dahl Administration's current and future work on this matter;

(3) $1,000 as a Class Representative Service Payment to Named Plaintiff Erin Knights; and

1

(4) $1,000 as a Class Representative Service Payment to Named Plaintiff Tresca Prater.

Dated: _____

Hon. Todd J. Campbell
United States District Judge

2